**FILED**
December 16
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                    Plaintiff,                )<br>v.                                                        )<br>                                                              )<br>JUAN CARLOS MONTALBO,       )<br>                                                              )<br>                    Defendant.             ) | Case No. 3:15MJ00024-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUAN CARLOS MONTALBO__, Case No. __3:15MJ00024-CMK__, Charge __18USC § 1343 & 1349__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✓ Bail Posted in the Sum of $ 100,000

        ✓ Unsecured Appearance Bond  remainder

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✓ (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 16, 2015__ at __2:00 pm__.

By _____
Allison Claire
United States Magistrate Judge

Original - U.S. Marshal