HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE  UNITED  STATES  DISTRICT  COURT

FOR THE  EASTERN  DISTRICT  OF  CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-00092 JAM |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ORDER VACATING** |
| | ) **PRELIMINARY HEARING, SCHEDULING** |
|           vs. | ) **ARRAIGNMENT, AND EXCLUDING TIME** |
| | ) **AS TO DEFENDANT MONTALBO** |
| M. A. RAMIREZ ZUNO, et al., | ) |
| | ) |
|     Defendants. | ) Date:   May 12, 2016 |
| | ) Time:   2:00 P.m. |
| | ) Judge:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between plaintiff, United States of
America, and defendant Juan Carlos Montalbo that the preliminary
hearing scheduled for May 12, 2016, may be vacated in light of
the above-captioned indictment filed May 5th.  The parties agree
that filing of the indictment obviates the need for a prelimin-
ary hearing.  *See* Fed. R. Crim. P. 5.1(a)(1)(2).

The parties further ask the Court to schedule Mr.
Montalbo's arraignment for Wednesday, June 15, at 2:00 p.m.

A status conference has been set for the codefendants on June 28 and time has been excluded through that date to allow the parties to review the 5,000 pages of unredacted discovery provided to date, with copious more to come.  Defense counsel needs additional time to review discovery, confer with Mr. Montalbo, and to plan and execute further investigation. Consequently, the parties agree that time under the Speedy Trial Act should also be excluded as to Mr. Montalbo pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b), through June 28, 2016, to allow for necessary preparation.  The parties agree that an exclusion of time outweighs the best interests of the public and Mr. Montalbo in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  May 12, 2016            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JUAN MONTALBO

                                PHILLIP A. TALBERT
                                Acting United States Attorney

Dated:  May 12, 2016            /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

/////

/////

/////

-2-

1

**O R D E R**

2

3     The preliminary hearing scheduled for May 12, 2016, is

4  vacated.  Arraignment is scheduled before the duty magistrate

5  judge on June 15, 2016, at 2:00 p.m.

6

7     The Court finds that an exclusion of time under the Speedy

8  Trial Act is warranted to allow for necessary preparation, as

9  set forth above.  Time is therefore excluded under the Speedy

10 Trial Act through June 28, 2016.  Considering the need for

11 preparation, the Court finds that the ends of justice served by

12 an exclusion outweigh the best interest of the public and the

13 defendant in a speedy trial.

14 Dated:  May 12, 2016

15

16

17 _____
   KENDALL J. NEWMAN
18 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28