HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MARCO ANTONIO RAMIREZ ZUNO<br>et al.,<br><br>    Defendants. | Case No. 2:16-CR-0092 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: August 1, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for August 1, 2017, may be continued to October 3, 2017, at 9:15 a.m.

The government has promised to provide a large amount of additional discovery (it has asked defense counsel to provide 150GB hard drives). At this time, defense counsel are uncertain how much time they will need to review it but ask for two months

-1-

1 | to assess.  All agree that the new discovery is crucial to an
2 | evaluation of the case.
3 | All counsel need additional time to review discovery and to
4 | pursue investigation.  They agree that the status conference
5 | should be continued to October 3, 2017, and ask the Court to
6 | order time excluded under the Speedy Trial Act through that date
7 | in order to afford necessary time for effective preparation.
8 | The parties agree that the interests of justice to be served by
9 | a continuance outweigh the best interests of the defendants and
10 | the public in a speedy trial, and ask the Court to order time
11 | excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 31, 2017            /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JUAN CARLOS MONTALBO

Dated: July 31, 2017            /s/ T. Zindel for C. Cannon
                                CHRISTOPHER J. CANNON
                                Attorney for WAYNE A. YORK II

                                PHILIP A. TALBERT
                                United States Attorney

Dated: July 31, 2017            /s/  T. Zindel for M. Morris
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney

/////

/////

/////

-2-

**O R D E R**

The status conference is continued to October 3, 2017, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through October 3, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 7/31/2017                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge