HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0092 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARCO ANTONIO RAMIREZ ZUNO et al., | |
| Defendants. | Date: August 1, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for October 3, 2017, may be continued to December 5, 2017, at 9:15 a.m.

The government has provided a large amount of additional discovery on multiple devices, largely consisting of several years of emails from various persons. Defense counsel have begun to review the materials but need substantial additional

-1-

1 | time to do so.  The new discovery is crucial to evaluation of
2 | the case.
3 |     All counsel agree that the status conference should be continued to December 5, 2017, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), through December 5, 2017.

                                          Respectfully Submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: September 29, 2017   /s/ T. Zindel_____
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JUAN CARLOS MONTALBO

Dated: September 29, 2017   /s/ T. Zindel for C. Cannon
                                          CHRISTOPHER J. CANNON
                                          Attorney for WAYNE A. YORK II

                                          PHILIP A. TALBERT
                                          United States Attorney

Dated: September 29, 2017   /s/  T. Zindel for M. Morris
                                          MATTHEW G. MORRIS
                                          Assistant U.S. Attorney

/////

/////

/////

**O R D E R**

The status conference is continued to December 5, 2017, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through December 5, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 9/29/2017  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge