HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARCO ANTONIO RAMIREZ ZUNO<br>et al.,<br><br>        Defendants. | ) Case No. 2:16-CR-0092 JAM<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **CONTINUING STATUS CONFERENCE**<br>) **AND EXCLUDING TIME**<br>)<br>)<br>) Date:   December 5, 2017<br>) Time:   9:15 a.m.<br>) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for December 5, 2017, may be continued to January 16, 2018, at 9:15 a.m.

The government has provided a large amount of additional discovery on multiple devices, consisting of several years of emails from various persons. Defense counsel continue to review that material but need additional time to do so. They have also

requested additional discovery from the government, which they
believe is crucial to evaluating the case.

All counsel agree that the status conference should be
continued to January 16, 2018, and ask the Court to order time
excluded under the Speedy Trial Act through that date in order
to afford necessary time for effective preparation.  The parties
agree that the interests of justice to be served by a
continuance outweigh the best interests of the defendants and
the public in a speedy trial, and ask the Court to order time
excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv),
through January 16, 2018.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 1, 2017     /s/ T. Zindel_____
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for JUAN CARLOS MONTALBO

Dated:  December 1, 2017     /s/ T. Zindel for C. Cannon
                             CHRISTOPHER J. CANNON
                             Attorney for WAYNE A. YORK II

                             PHILIP A. TALBERT
                             United States Attorney

Dated:  December 1, 2017     /s/  T. Zindel for M. Morris
                             MATTHEW G. MORRIS
                             Assistant U.S. Attorney

/////

/////

/////

**O R D E R**

The status conference is continued to January 16, 2018, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through January 16, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 1, 2017          **/s/ JOHN A. MENDEZ**
                                 HON. JOHN A. MENDEZ
                                 United States District Judge