HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0092 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARCO ANTONIO RAMIREZ ZUNO et al., | |
| Defendants. | Date: January 16, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for January 16, 2018, may be continued to February 6, 2018, at 9:15 a.m.

The government has provided a large amount of additional discovery on multiple devices, consisting of several years of emails from various persons. Defense counsel continue to review that material but need additional time to do so. However, the

-1-

parties anticipate setting a trial date at the next status and will confer over the next two weeks to decide when they will be ready for trial.

All counsel agree that the status conference should be continued to February 6, 2018, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), through February 6, 2018.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 12, 2018        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JUAN CARLOS MONTALBO

Dated: January 12, 2018        /s/ T. Zindel for C. Cannon
                               CHRISTOPHER J. CANNON
                               Attorney for WAYNE A. YORK II

                               McGREGOR SCOTT
                               United States Attorney

Dated: January 12, 2018        /s/ T. Zindel for M. Morris
                               MATTHEW G. MORRIS
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 6, 2018, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through February 6, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 12, 2018  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge