CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama St., No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant WAYNE YORK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 2:16-0092 JAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS** |
| v. | ) **CONFERENCE AND EXCLUDING** |
| | ) **TIME** |
| MARCO ANTONIO RAMIREZ ZUNO et al., | ) |
| | ) Date: February 6, 2018 |
| | ) Time: 9:15 a.m. |
| Defendants. | ) Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between Plaintiff, United States of America, and defendants Wayne York, and Juan Carlos Montalbo, that because counsel for Montalbo is in trial and February 27, 2018 is the next date when all counsel are available to appear, the status conference scheduled for February 6, 2018, may be continued to February 27, 2018, at 9:15 a.m.

All counsel agree that the status conference should be continued to February 27, 2018, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONERENCE  1
CR 16-0092-JAM

interests of justice to be served by a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), through February 27, 2018.

Dated: February 2, 2018 Respectfully submitted,

/s/ Christopher Cannon
CHRISTOPHER J. CANNON
Counsel for Wayne York, II

Dated: February 2, 2018

/s/ C. Cannon for T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Counsel for Juan Carlos Montalbo

Dated: February 2, 2018

/s/ C. Cannon for M. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

## ORDER

The status conference is continued to February 27, 2018, at 9:15 a.m.

/

/

1 /

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO ORDERED.

Dated: February 2, 2018  /s/ John A. Mendez_____
HON. JOHN A. MENDEZ