1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
11 |                            Plaintiff, | STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION |
12 | v. |
13 | JUAN CARLOS MONTALBO, |
14 |                           Defendant. |

17     IT IS HERBEY STIPULATED AND AGREED by the above-named parties that:

18     1. By prior order, the government provided discovery containing un-redacted "Protected
19        Information" to the defense. ECF 22. This discovery includes several thousand pages of
20        printed discovery and several hundred thousand pages of electronic discovery. More
21        information is expected to be provided by the government in the months leading up to the
22        scheduled trial date of October 15, 2018.

23     2. The defendant's attorney and defense team were prohibited from providing a copy of the
24        Protected Information directly to the defendant and are required to store the Protected
25        Information in a secure place and to use care to ensure that information is not disclosed to
26        third parties. ECF 22. At the completion of the case, the defense is required to destroy
27        all copies except one. ECF 22.

28     3. The defendant is indigent and has been permitted to live in Texas while awaiting trial.

ECF 9, 10, 11. The defendant does not have the funds to travel to Sacramento to view the Protected Information in the presence of his appointed attorney.

Accordingly, the parties stipulate and request that the Protective Order be amended as follows:

4. The defendant's attorney may provide one copy of the discovery in this case containing un-redacted Protected Information directly to the defendant.
5. The defendant be ordered to store the Protected Information in a secure place and to use care to ensure that information is not disclosed to third parties.
6. The defendant be ordered not to make any copy or duplicate of any item in discovery that contains Protected Information.
7. That the defendant be ordered to sign an affidavit acknowledging this proposed order prior to receiving the discovery, which will be forwarded to the Office of the United States Attorney for the Eastern District of California.
8. The defendant be ordered to return the discovery containing Protected Information to his attorney at the completion of the case, and to certify his compliance using the attached affidavit.

That all other terms of the prior Stipulation and Order Regarding Discovery Containing Personally Identifiable Information remain in effect.

Dated: March 1, 2018			McGREGOR W. SCOTT
					United States Attorney

					By:	/s/ MATTHEW G. MORRIS
						MATTHEW G. MORRIS
						Assistant United States Attorney

Dated: March 1, 2018			By:	/s/ TIM ZINDEL (auth by email)
						TIM ZINDEL
						Attorney for JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER AMENDING PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION |
| v. | |
| JUAN CARLOS MONTALBO, | |
| Defendant. | |

**IT IS ORDERED THAT:**

The Protective Order Regarding Discovery Containing Personal Identifying Information is amended as follows:

1. The defendant's attorney may provide one copy of the discovery in this case containing un-redacted Protected Information directly to the defendant.

2. The defendant is ordered to store the Protected Information in a secure place and to use care to ensure that information is not disclosed to third parties.

3. The defendant is ordered not to make any copy or duplicate of any item in discovery that contains Protected Information.

4. The defendant is ordered to sign the affidavit attached at Exhibit A acknowledging this Order prior to receiving the discovery, which his attorney will forward to the Office of the United States Attorney for the Eastern District of California.

5. The defendant is ordered to return the discovery containing Protected Information to his attorney at the completion of the case, and to certify his compliance using the attached affidavit attached as Exhibit B which his attorney will forward to the Office of the United States Attorney for the Eastern District of California.

Dated: March 1, 2018

_/s/ Allison Claire_
HONORABLE ALLISON CLAIRE
U.S. Magistrate Judge

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION

3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JUAN CARLOS MONTALBO,<br><br>                Defendant. | CASE NO. 2:16-CR-92-JAM<br><br>Attachment A |

**AFFIDAVIT**

I, Juan Carlos Montalbo, declare under penalty of perjury that:

I have read and understand the Court's ORDER AMENDING PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION and will comply with it.

Dated:

                                                                                 _____

                                                                                 Juan Carlos Montalbo

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
|---|---|
| Plaintiff, | Attachment B |
| v. | |
| JUAN CARLOS MONTALBO, | |
| Defendant. | |

**AFFIDAVIT**

I, Juan Carlos Montalbo, declare under penalty of perjury that:

I have returned my copy of the discovery containing Protected Information to my attorney, and I did not make a copy or otherwise duplicate any material containing Protected Information, nor did I permit or allow any other person to copy or otherwise duplicate material containing Protected Information.

Dated:

_____
Juan Carlos Montalbo