MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING |
| v. | DATE: August 28, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| WAYNE ARTHUR YORK II,<br>JUAN CARLOS MONTALBO | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for Trial Confirmation on August 28, 2018.

2. By this stipulation, defendants now move to continue the Trial Confirmation Hearing conference until September 18, 2018. Time has already been excluded until the current trial date under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following: The government is reviewing the previously produced electronic discovery and the previously produced PDF discovery to determine the extent (if any) to which the automated conversion process produced incomplete PDFs of some emails. Until that process is complete, the parties will not be in a position to either confirm for trial for one defendant or potentially finalize details of a change of plea for the other defendant.

4. The earliest date that both defense counsel will be available for a TCH and/or change of

plea is September 18, 2018.

5. The parties therefore jointly request that the TCH be continued to September 18, 2018.

IT IS SO STIPULATED.

Dated: August 23, 2018      McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: August 23, 2018      /s/ CHRISTOPHER CANNON (auth. by email)
CHRISTOPHER CANNON
Counsel for Defendant
WAYNE ARTHUR YORK II

Dated: August 23, 2018      /s/ TIMOTHY ZINDEL (auth. by email)
TIMOTHY ZINDEL
Counsel for Defendant
JUAN CARLOS MONTALBO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of August, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE