McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL CONFIRMATION HEARING |
| v. | DATE: September 18, 2018 |
| WAYNE ARTHUR YORK II, JUAN CARLOS MONTALBO | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for Trial Confirmation on September 18, 2018. Trial is scheduled to commence on October 15, 2018. ECF 122.

2. By this stipulation, the parties move to vacate the trial and trial confirmation dates, to continue the Trial Confirmation Hearing until January 22, 2019, and to set a jury trial for March 18, 2019.

3. The parties agree and stipulate, and request that the Court find the following: As foreshadowed by a prior stipulation (see ECF 127), the government has discovered that a portion of the previously-produced electronic discovery was not converted into PDF discovery. Some emails were not produced in a complete form, due to automated conversation processes that interpreted some of the raw files provided by an email provider as duplicate emails. The electronic conversion process is again in process, and the government has represented to the defendants that it expects to be able to produce any

STIPULATION TO CONTINUE TCH AND TRIAL     1

previously truncated emails by early October 2018.

4. However, counsel for both remaining defendants do not believe that production of those emails in early October 2018 will give them sufficient time to review and analyze the emails prior to trial, or to adequately prepare their case taking into account the exercise of due diligence.

5. The parties all agree that review of these materials is essential to effective and complete preparation, and that trial must therefore be rescheduled so that they may be reviewed. Both defendants have expressed to the government strong interest in reviewing the contents of all emails prior to confirming for trial.

6. In light of these facts and other trial commitments, the earliest dates that both defense counsel will be available for a TCH and trial are January 22, 2019, and March 18, 2019, respectively.

7. The parties therefore jointly request that the TCH be continued to January 22, 2019, that trial be continued to March 18, 2019, and that time under the Speedy Trial Act be excluded between the date of this order and March 18, 2019, under Local Code T4, 18 U.S.C. § 36161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

| Dated: September 13, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| Dated: September 13, 2018 | /s/ CHRISTOPHER CANNON (auth. by email)<br>CHRISTOPHER CANNON<br>Counsel for Defendant<br>WAYNE ARTHUR YORK II |
| Dated: September 13, 2018 | /s/ TIMOTHY ZINDEL (auth. by email)<br>TIMOTHY ZINDEL<br>Counsel for Defendant<br>JUAN CARLOS MONTALBO |

| | |
|---|---|
| 1 | |
| 2 | **FINDINGS AND ORDER** |
| 3 | IT IS SO FOUND AND ORDERED this 14th day of September, 2018. |
| 4 | |
| 5 | /s/ John A. Mendez |
| | THE HONORABLE JOHN A. MENDEZ |
| 6 | UNITED STATES DISTRICT COURT JUDGE |