HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0092 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MARCO ANTONIO RAMIREZ ZUNO et al., | ) |
| | ) Date: February 5, 2019 |
| Defendants. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for February 5, 2019, may be continued to February 12, 2019, at 9:15 a.m.

Counsel for Mr. Montalbo is unavailable on the 5th due to other court commitments, so has asked to continue the status conference one week. Discovery in the case spans multiple devices and consists of several years of emails from various

-1-

1 | persons.  All counsel continue to review that material but need
2 | additional time to do so (counsel for defendant York is also new
3 | to the case, having been appointed in November 2018).  Counsel
4 | continue to perform legal research as well.

5 | All counsel agree that the status conference should be
6 | continued to February 12, 2019, and ask the Court to order time
7 | excluded under the Speedy Trial Act through that date in order
8 | to afford necessary time for effective preparation.  The parties
9 | agree that the interests of justice to be served by a
10 | continuance outweigh the best interests of the defendants and
11 | the public in a speedy trial, and ask the Court to order time
12 | excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv),
13 | through February 12, 2019.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   January 31, 2019        /s/ T. Zindel_____
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JUAN CARLOS MONTALBO

Dated:   January 31, 2019        /s/ T. Zindel for C. Cosca
                                 CHRIS COSCA
                                 Attorney for WAYNE A. YORK II

                                 McGREGOR SCOTT
                                 United States Attorney

Dated:   January 31, 2019        /s/  T. Zindel for M. Morris
                                 MATTHEW G. MORRIS
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 12, 2019, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through February 12, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 1/31/2019        /s/ John A. Mendez
                        HON. JOHN A. MENDEZ
                        United States District Judge