1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   WAYNE A. YORK II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO RAMIREZ ZUNO, et al.,<br><br>Defendants. | 2:16-CR-0092 JAM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME AND CONTINUE STATUS CONFERENCE**<br><br>Date: May 21, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

**STIPULATION**

The parties hereto, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the court set this matter for a status conference on May 21, 2019.

2. By this stipulation, defendants now move to vacate this date and reset the status conference for July 23, 2019.

3. The parties further stipulate to exclude time between May 21, 2019 and July 23, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a. On November 13, 2019, Chris Cosca was appointed to represent defendant Wayne York II. Chris Cosca has a personal family matter to attend on May 21, 2019.

USA v. Marco Antonio Ramirez Zuno, et al.
2:16-CR-0092 JAM

b. Discovery in this case is voluminous. It spans multiple devices and consists of several years of emails and related documents. Counsel for defendants require additional time to analyze the discovery, review case materials with their clients, conduct appropriate investigation, perform necessary legal research, clarify client options, and to prepare for trial if necessary.

c. Counsel for defendants believe that failure to grant this request would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a speedy trial as prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period February 25, 2019 to April 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(ii) and (iv), corresponding to Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

USA v. Marco Antonio Ramirez Zuno, et al.
2:16-CR-0092 JAM

IT IS SO STIPULATED.

DATED: April 29, 2019    /s/ Matthew G. Morris
                         MATTHEW G. MORRIS
                         Assistant United States Attorney

DATED: April 29, 2019    /s/ Timothy Zindel
                         TIMOTHY ZINDEL
                         Counsel for Defendant JUAN CARLOS MONTALBO

DATED: April 29, 2019    /s/ Chris Cosca
                         CHRIS COSCA
                         Counsel for Defendant WAYNE A. YORK II

# **O R D E R**

IT IS SO FOUND AND ORDERED this 30th day of April, 2019.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

USA v. Marco Antonio Ramirez Zuno, et al.
2:16-CR-0092 JAM