HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO ANTONIO RAMIREZ ZUNO et al.,<br><br>    Defendants. | Case No. 2:16-CR-0092 JAM<br><br>**STIPULATION AND ORDER EXONERATING BOND AS TO JUAN CARLOS MONTALBO**<br><br>Judge: Hon. Deborah Barnes |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Juan Carlos Montalbo, that the bond posted to secure Mr. Montalbo's pretrial release may be exonerated. The lien against the real property posted to secure the bond (10106 Caspian Ledge, San Antonio, Texas 78254) may be released and the property reconveyed to the surety.

Mr. Montalbo was ordered released on December 15, 2015, on a $100,000 bond secured in part by equity in the above residence. On May 21, 2019, the Court revoked his release after a contested hearing, and Mr. Montalbo has chosen not to seek

-1-

review of that order.  Accordingly, the secured bond may be exonerated and the property reconveyed.

<pre>
                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  July 24, 2019               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUAN CARLOS MONTALBO


                                    McGREGOR SCOTT
                                    United States Attorney

Dated:  July 24, 2019               /s/  T. Zindel for M. Morris
                                    MATTHEW G. MORRIS
                                    Assistant U.S. Attorney
</pre>

**O R D E R**

The bond securing release of defendant Juan Carlos Montalbo is hereby exonerated and the Clerk shall release the lien and reconvey the property as set forth above.

IT IS SO ORDERED.

Dated:  July 24, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE