McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WAYNE ARTHUR YORK II, JUAN CARLOS MONTALBO | DATE: September 10, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 10, 2019.

2. By this stipulation, defendants now move to continue the status conference until October 22, 2019, and to exclude time between September 10, 2019, and October 22, 2019 at 9:15 a.m. under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 100,000 pages, not including some particularly sensitive *Jencks* material that will be made available before trial in the event of trial. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying with the exception of the particularly sensitive *Jencks* material.

b) Counsel for defendant WAYNE YORK has represented that YORK anticipates

entering a guilty plea. However, defense counsel has two trials, one federal and one state, scheduled in the upcoming weeks that would prevent him from adequately preparing with defendant YORK for the change of plea or being present with his client during the change of plea if it is scheduled before October 22, 2019.

   c) Counsel for defendant JUAN CARLOS MONTALBO has requested to review some of the *Jencks* material referenced in Paragraph 3(a) above, and the government has agreed to provide that earlier than it normally would, anticipating being able to provide it in the week of September 9, 2019. Counsel for MONTALBO expects that with that review, MONTALBO will be in a position to either enter a change of plea or commit to setting trial dates on October 22, 2019.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2019 to October 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: September 5, 2019          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ MATTHEW G. MORRIS
                                  MATTHEW G. MORRIS
                                  Assistant United States Attorney


Dated: September 5, 2019          HEATHER WILLIAMS
                                  Federal Defender

                                  /s/ TIMOTHY ZINDEL (as authorized
                                  by email on 9/5/19)
                                  TIMOTHY ZINDEL
                                  Counsel for Defendant
                                  JUAN CARLOS MONTALBO


Dated: September 5, 2019          /s/ CHRISTOPHER COSCA (as
                                  authorized by email on 9/5/19)
                                  CHRISTOPHER COSCA
                                  Counsel for Defendant
                                  WAYNE ARTHUR YORK II


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of September, 2019.


                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE