MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE ARTHUR YORK II,<br>JUAN CARLOS MONTALBO<br><br>Defendants. | CASE NO. 2:16-CR-92-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 22, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on October 22, 2019.

2. By this stipulation, defendants now move to continue the status conference until November 26, 2019 at 9:15 a.m., and to exclude time between October 22, 2019, and November 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 100,000 pages, not including some particularly sensitive *Jencks* material that will be made available before trial in the event of trial. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying with the exception of the particularly sensitive *Jencks* material.

   b) Counsel for defendant WAYNE YORK is currently in a homicide trial in state

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

court that is taking longer than was anticipated when the parties set this case for hearing on October 22, 2019. Comparing the parties' schedules and with the court's, and taking into account defense counsel's familiarity with the case and continuity of counsel, the parties request that the expected change of plea for defendant YORK and the status and trial setting hearing for defendant MONTALBO be continued to November 26, 2019.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2019 to November 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 17, 2019                    McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ MATTHEW G. MORRIS
                                           MATTHEW G. MORRIS
                                           Assistant United States Attorney

Dated: October 17, 2019

HEATHER WILLIAMS
Federal Defender

/s/ TIMOTHY ZINDEL (as authorized by email on 10/17/19)
TIMOTHY ZINDEL
Counsel for Defendant
JUAN CARLOS MONTALBO

Dated: October 17, 2019

/s/ CHRISTOPHER COSCA (as authorized by email on 10/17/19)
CHRISTOPHER COSCA
Counsel for Defendant
WAYNE ARTHUR YORK II

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of October, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE