|  | FILED |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | April 30, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-92-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JUAN CARLOS MONTALBO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **JUAN CARLOS MONTALBO**, Case No. **2:16-cr-92-JAM** Charge **18 USC § 1349**, from custody for the following reasons:

    \_\_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ _____

    _X_ Unsecured Appearance Bond $ **100,000.00 co-signed by Jessica Garcia**

    \_\_\_ Appearance Bond with Surety

    _X_ (Other): **Terms and conditions as stated on the record; release on 5/1/2020 by 9AM from the Sacramento County Jail; meet PTS on the steps of the federal courthouse, 501 I Street, Sacramento**

Issued at Sacramento, California on April 30, 2020 at _2:46 p.m._.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney