HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MONTALBO,<br><br>Defendant. | Case No. 2:16-cr-0092-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: July 27, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew Morris, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Tim Zindel and Megan T. Hopkins, Attorneys for Defendant Juan Montalbo, that the sentencing hearing currently set for April 13, 2021 be continued to **July 27, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for defense counsel to obtain medical and military records and to provide them to the probation officer, to permit Mr. Montalbo's participation in an interview with the probation officer in preparation for the Presentence Report (PSR), and to permit Mr. Montalbo to appear in-person for sentencing at a time when the Court can safely resume in-person hearings.

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | June 15, 2021 |
| Informal Objections to Presentence Report Due: | June 29, 2021 |
| Presentence Report Due: | July 6, 2021 |
| Formal Objections to Presentence Report Due: | July 13, 2021 |
| Reply or Statement of Non-Opposition Due: | July 20, 2021 |
| Judgment and Sentencing: | July 27, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 6, 2021
/s/ Megan T. Hopkins
MEGAN T. HOPKINS
TIM ZINDEL
Assistant Federal Defenders
Attorneys for Defendant
JUAN MONTALBO

Date: April 6, 2021
PHILLIP A. TALBERT
Acting United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

DATED: April 6, 2021

/S/ JOHN A. MENDEZ
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE