HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0092-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: October 5, 2021 |
| JUAN MONTALBO, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew Morris, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Juan Montalbo, that the sentencing hearing currently set for July 27, 2021 be continued to **October 5, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for defense counsel to obtain medical and military records and to provide them to the probation officer, to permit Mr. Montalbo's participation in an interview with the probation officer in preparation for the Presentence Report (PSR), and to permit Mr. Montalbo to appear in-person for sentencing at a time when the Court has resumed in-person hearings.

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | August 23, 2021 |
| Informal Objections to Presentence Report Due: | September 6, 2021 |
| Presentence Report Due: | September 13, 2021 |
| Formal Objections to Presentence Report Due: | September 20, 2021 |
| Reply or Statement of Non-Opposition Due: | September 27, 2021 |
| Judgment and Sentencing: | October 5, 2021 |

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: June 7, 2021                    */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JUAN MONTALBO

Date: June 7, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Matthew Morris*
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  June 8, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE