HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARLOS MONTALBO,<br><br>　　　　　Defendant. | Case No.  2:16-cr-0092-JAM<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Carolyn K. Delaney |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Montalbo's conditions of pretrial release may be modified to remove special conditions of release numbers thirteen (13), fourteen (14) and fifteen (15). Amended conditions of release, as proposed by pretrial services, are attached as Exhibit 1.

　　　Mr. Montalbo has been under Pretrial Services supervision since April 30, 2020.  He is currently subject to a combination of release conditions, including that he participate in a location monitoring (GPS) program with a curfew of 7 p.m. to 7 a.m.[1] According to his supervising officer, Mr. Montalbo has been in compliance with all of his release conditions since his release in April 2020, reports as instructed, and there have been no curfew violations.

　　　Given Mr. Montalbo's compliance with his conditions of release, Pretrial Services is requesting the removal of the location monitoring/curfew condition (Special Condition 14), as

---

[1] Special Condition 14, at Dkt. 197.

well as the now superfluous quarantine and initial reporting conditions (Special Conditions 13 and 15). The defense joins in this request, and the government has no objection to the removal of these conditions. The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  August 30, 2021

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 30, 2021

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JUAN CARLOS MONTALBO

## O R D E R

**IT IS SO ORDERED** that Special Conditions Thirteen, Fourteen, and Fifteen are to be removed from the Special Conditions of Release, and that Mr. Montalbo will no longer be required to participate in a program of location monitoring or be subject to a curfew. All other conditions of pretrial release shall remain in full force and effect.

Dated:  August 31, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE