HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0092-JAM |
| Plaintiff, | **STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING HEARING** |
| vs. | Date:  December 14, 2021 |
| JUAN MONTALBO, | Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew Morris, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Juan Montalbo, that the sentencing hearing currently set for October 5, 2021 be continued to **December 14, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for the probation officer to prepare the Presentence Report (PSR), and to permit Mr. Montalbo to appear in-person for sentencing at a time when air travel is safer, in light of the surge in COVID-19 variant.

/ / /

/ / /

/ / /

Stipulation and Order to Continue Sentencing
Hearing and Modify PSR Schedule
-1-
*United States v. Montalbo*, 2:16-cr-0092-JAM

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | November 2, 2021 |
| Informal Objections to Presentence Report Due: | November 16, 2021 |
| Presentence Report Due: | November 23, 2021 |
| Formal Objections to Presentence Report Due: | November 30, 2021 |
| Reply or Statement of Non-Opposition Due: | December 7, 2021 |
| Judgment and Sentencing: | December 14, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 27, 2021          /s/  Megan T. Hopkins
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JUAN MONTALBO

Date: September 27, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ Matthew Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

1

## <u>ORDER</u>

2        IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order.

5   **IT IS SO ORDERED.**

6

7   Dated:  September 27, 2021                          /s/ John A. Mendez

8                                                       THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28