1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   MEGAN T. HOPKINS, SBN # 294141
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    JUAN CARLOS MONTALBO

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-00092-JAM
                                        )
12              Plaintiff,              )  **STIPULATION AND ORDER**
                                        )  **TO CONTINUE SENTENCING HEARING**
13   vs.                                )
                                        )  Date:  February 15, 2022
14   JUAN CARLOS MONTALBO,              )  Time:  9:30 a.m.
                                        )  Judge: Hon. John A. Mendez
15              Defendant.              )
                                        )
16   _____)

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

18   Attorney, through Matthew Morris, Attorney for Plaintiff, and Heather Williams, Federal

19   Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Juan Carlos

20   Montalbo, that the sentencing hearing currently set for December 14, 2021 be continued to

21   **February 15, 2022 at 9:30 a.m.**

22         This modification is requested at the behest of the Court, which faces an impacted

23   calendar on the current hearing date of December 14, 2021, and is further requested by the

24   defense to permit Mr. Montalbo to appear in-person for sentencing at a time when air travel is

25   safer, in light of the surge in COVID-19 variants at this time.

26   / / /

27   / / /

28

     Stipulation and Order to Continue Sentencing        -1-        *United States v. Montalbo,* 2:16-cr-0092-JAM
     Hearing and Modify PSR Schedule

1   The parties further request that the PSR schedule be modified consistent with the new sentencing

2   date, as follows:

3          Formal Objections to Presentence Report Due:          February 1, 2022

4          Reply or Statement of Non-Opposition Due:          February 8, 2022

5          Judgment and Sentencing:          February 15, 2022

6

7
                                            Respectfully submitted,
8
                                            HEATHER E. WILLIAMS
9                                           Federal Defender

10   Date: November 30, 2021          /s/  Megan T. Hopkins
                                            MEGAN T. HOPKINS
11                                          Assistant Federal Defender
                                            Attorney for Defendant
12                                          JUAN CARLOS MONTALBO

13

14   Date: November 30, 2021          PHILLIP A. TALBERT
                                            Acting United States Attorney
15
                                            /s/ Matthew Morris
16                                          MATTHEW MORRIS
                                            Assistant U.S. Attorney
17                                          Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Sentencing          -2-          *United States v. Montalbo,* 2:16-cr-0092-JAM
Hearing and Modify PSR Schedule

1

## **ORDER**

2          IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order.

5   **IT IS SO ORDERED.**

6

7   DATED:  November 30, 2021                    /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
8                                                UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28