1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN # 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   JUAN CARLOS MONTALBO

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,      )  Case No. 2:16-cr-00092-JAM
                                   )
11              Plaintiff,         )  **STIPULATION AND [PROPOSED] ORDER**
                                   )  **TO VACATE RESTITUTION HEARING**
12  vs.                            )  **AND ENTER ORDER RE RESTITUTION**
                                   )
13  JUAN CARLOS MONTALBO,          )  Date:   April 5, 2022
                                   )  Time: 9:30 a.m.
14              Defendant.         )  Judge: Hon. John A. Mendez
                                   )
15                                 )
                                   )
16  _____)

17       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Matthew Morris, Attorneys for Plaintiff and Heather Williams, Federal

19  Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Juan

20  Carlos Montalbo, **that the Restitution hearing scheduled for April 5, 2022 may be vacated**

21  **and an order of restitution in the amount of $743,048.72 may be entered as to Juan Carlos**

22  **Montalbo.**

23       The parties have exchanged relevant discovery, met and conferred as to the appropriate

24  total loss amount for the purposes of restitution, and agree that a total loss of $743,048.72 applies

25  to Mr. Montalbo.  It is therefore not necessary to proceed with a restitution hearing to determine

26  the loss amount, and the parties request that the hearing be vacated. The parties further request

27  that the Court enter an order of restitution for $743,048.72, to be payable at a rate of *at least*

28

Stipulation and Order to Vacate Restitution Hearing    -1-    *United States v. Montalbo*, 2:16-cr-00092-JAM
and Enter Order re Restitution

1    $100 per month with interest waived, in light of Mr. Montalbo's limited financial resources and

2    inability to pay the restitution amount in full.

3

4                                     Respectfully submitted,
                                      HEATHER E. WILLIAMS
                                      Federal Defender

5

6    Date: March 31, 2022                 */s/  Megan T. Hopkins*
                                      MEGAN T. HOPKINS

7                                       Assistant Federal Defender
                                      Attorney for Defendant

8                                       JUAN CARLOS MONTALBO

9

10   Date: March 31, 2022                 PHILLIP A. TALBERT
                                      United States Attorney

11

12                                       */s/ Matthew Morris*
                                      MATTHEW MORRIS

13                                       Assistant U.S. Attorney
                                      Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The April 5, 2022 Restitution hearing shall be vacated and restitution in the amount of $743,048.72 is hereby ordered, to be paid at a rate of at least $100.00 per month. Interest is waived.

**IT IS SO ORDERED.**

DATED:  April 1, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE